UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| George Mason, <br><br>　　　Plaintiff <br><br>　　　vs. <br><br>Equifax Information Services LLC et al, <br><br>　　　Defendant. | CASE NO.: 7:13-cv-0299; -SVW-UR <br><br> ORDER DISMISSING ACTION PURSUANT TO NOTICE OF SETTLEMENT <br><br> JS - 6 |

　　　The Court having been advised by the parties that the above-entitled action has been settled;

　　　IT IS THEREFORE ORDERED that this action is dismissed without prejudice.

　　　IT IS SO ORDERED.

Dated: November 8, 2013

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE